UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:   AU:25-CR-00146(1)-RP |
| (1) Erick Gerardo Campos-Morales | § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 26, 2025, wherein the defendant Campos-Morales waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Campos-Morales to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Campos-Morales' plea of guilty to Count 1 of the Information is accepted.

Signed this 4th day of April, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE